IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Tomasz Potkaj, et al.,

Plaintiff(s),

v.

Christopher Watkins, et al.,

Defendant(s).

Case No. 22 C 7176
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $    ,

    which ☐ includes    pre–judgment interest.
           ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Permanent Injunction entered in favor of the Plaintiffs Tomasz Potkaj, Nicholas Fishman, and plaintiff class and against the Defendants Michael Kulovitz, Christopher Watkins, Daniel Hunt, and defendant class.

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on an unopposed motion for entry of judgment and permanent injunction.

Date: 4/4/2024                                    Thomas G. Bruton, Clerk of Court

                                                          /s/ Michael Wing, Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOMASZ POTKAJ, and NICHOLAS FISHMAN, individually and on behalf of a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER WATKINS, *et al.*,<br><br>Defendants. | No. 1:22-CV-07176 |

**JUDGMENT AND PERMANENT INJUNCTION ORDER**

The Plaintiffs challenge the constitutionality of 730 ILCS 5/5-6-3(a)(8.6) (the "One-Per-Address Statute"), a section of the Illinois Uniform Code of Corrections which prohibits an individual on probation for a sex offense from living "at the same address or in the same condominium unit or apartment unit or in the same condominium complex or apartment complex with another person he or she knows or reasonably should know is a convicted sex offender or has been placed on supervision for a sex offense."

On February 15, 2023, this Court issued an order preliminarily enjoining enforcement of the One-Per-Address Statute as to Plaintiff Potkaj on the basis that he demonstrated a likelihood of success on his claims under the Eighth and Fourteenth Amendments. ECF No. 35.

On October 18, 2023, this Court issued an order certifying this case as a class action with a Plaintiff class defined as "all individuals in the State of Illinois currently

or in the future on probation for sexual offenses and therefore subject to 730 ILCS 5/5-6-3(a)(8.6) (the One-Per-Address Statute)" and a Defendant class defined as "the Directors of each of Illinois' 70 probation departments." ECF No. 60. Notice was provided to the Directors of the probation departments, and none filed a motion to intervene by the January 30, 2024, deadline.

For the reasons set forth in full in the Court's preliminary injunction order, the Court finds 730 ILCS 5/5-6-3(a)(8.6) to be unconstitutional. The Court therefore enters judgment in favor of the Plaintiff class and against the Defendant class. Accordingly, IT IS HEREBY ORDERED:

- The members of the Defendant class and their officers, agents, servants, employees, and attorneys, are enjoined from enforcing the current version of the "One Per Address" provision in 730 ILCS 5/5-6-3(a)(8.6), as enacted in Public Act 103-0391 effective January 1, 2024 as to all individuals in the State of Illinois currently or in the future on probation for sexual offenses;

- Defendant Hunt, in his position as the Director of Probation Services with the Administrative Office of the Illinois Courts, shall notify the Directors of Illinois' 70 local probation departments of the entry of this Order;

- Probationers' proposed residences remain subject to probation officers' review and approval pursuant to the applicable provisions of the Illinois Criminal Code, the Illinois Code of Corrections, and any other applicable laws and regulations.

ENTERED:

    s/Edmond E. Chang
    Honorable Edmond E. Chang
    United States District Judge

DATE: April 4, 2024